[Cite as *Northwest Ohio Grievance Commt.,* ___ Ohio St.3d ___, 2015-Ohio-79.]

NORTHWEST OHIO GRIEVANCE COMMITTEE *v*. ARCHER.

[Cite as *Northwest Ohio Grievance Commt.v. Archer,* ___ Ohio St.3d ___, 2015-Ohio-79.]

(No. 2010-2270—Submitted January 8, 2015—Decided January 13, 2015.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Stephen Robert Archer, Attorney Registration No. 0031376, last known address in Defiance, Ohio.

{¶ 2} The court coming now to consider its order of July 5, 2011, wherein the court, pursuant to former Gov.Bar R. V(6)(B)(3), suspended respondent from the practice of law for a period of one year, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____